No. 75–5093. NEUGEBAUER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–5094. ELLERBEE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–5099. HENDRIX *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–5100. HAYNES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–5101. BUCHANAN *v.* WHEELER. C. A. 6th Cir. Certiorari denied.

No. 75–5103. LATTA *v.* FITZHARRIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–5106. HOOVER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5111. WILKERSON *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 75–5112. PLEASANT *v.* OHIO. C. A. 6th Cir. Certiorari denied.

No. 75–5114. ALERS *v.* TOLEDO ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–5128. TAYLOR *v.* HENDERSON, WARDEN. Sup. Ct. La. Certiorari denied.

No. 75–5150. PRESLEY *v.* GATHRIGHT, CORRECTIONAL SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.